IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-02610-RPM-MJW

CYNTHIA GIFFEN,

Plaintiff,

v.

UNITED COLLECTION BUREAU, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Plaintiff's Unopposed Motion for Telephonic Appearance (Docket No. 9) is granted, and thus plaintiff's counsel may appear by telephone for the Rule 16 Scheduling/Planning Conference on January 21, 2010, at 10:00 a.m. Mountain Time by telephoning the court on that date and time at (303) 844-2403.

Date:  December 28, 2009