IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   09-cv-02610-RPM-MJW

CYNTHIA GIFFEN,

Plaintiff,

v.

UNITED COLLECTION BUREAU, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Unopposed Motion for Protective Order (docket no. 19) is GRANTED finding good cause shown.  The written Protective Order (docket no. 19 -1) is APPROVED as amended in paragraphs 11 and 12 and made an Order of Court.

Date:  July 12, 2010