IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02610-RPM-MJW

CYNTHIA GIFFEN,

Plaintiff,

v.

UNITED COLLECTION BUREAU, INC.

Defendant.

---

ORDER FOR DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court upon the parties Stipulated Motion to Dismiss Case With Prejudice. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that, Plaintiff's claims against Defendant are dismissed with prejudice and that each party shall pay its own attorney's fees and costs incurred as to all such claims.

DATED October 20th, 2010.

BY THE COURT:
s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge